FILED
CLERK'S OFFICE
United States District Court
Eastern District of Tennessee
Date: **Jan 31, 2022, 12:40 pm**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | SO-22-02 |
| REASSIGNMENT OF CASES ASSIGNED TO MAGISTRATE JUDGE H. BRUCE GUYTON | Chief District Judge Travis R. McDonough |

## STANDING ORDER

Pursuant to 28 U.S.C. § 137, it is hereby ordered as follows:

1. The following cases, which are assigned to Magistrate Judge H. Bruce Guyton, shall be REASSIGNED to Magistrate Judge Susan K. Lee, unless otherwise ordered by the Court:

- *Adkisson, et al. v. Jacobs Engineering Group, Inc.*, 3:13-cv-00505-TAV-HBG;

- *Thompson, et al. v. Jacobs Engineering Group, Inc.*, 3:13-cv-00666-TAV-HBG;

- *Cunningham, et al. v. Jacobs Engineering Group, Inc.*, 3:14-cv-00020-TAV-HBG;

- *Rose v. Jacobs Engineering Group, Inc.*, 3:15-cv-00017-TAV-HBG;

- *Wilkinson, et al. v. Jacobs Engineering Group, Inc.*, 3:15-cv-00274-TAV-HBG;

- *Shelton, et al. v. Jacobs Engineering Group, Inc., et al.*, 3:15-cv-00420-TAV-HBG;

- *Church v. Jacobs Engineering Group, Inc., et al.*, 3:15-cv-00460-TAV-HBG;

- *Vanguilder v. Jacobs Engineering Group, Inc., et al.*, 3:15-cv-00462-TAV-HBG; and

- *Ivens. Jacobs Engineering Group, Inc.*, 3:16-cv-00635-TAV-HBG.

2. All other pending cases which are assigned to Magistrate Judge H. Bruce Guyton and in which the Tennessee Valley Authority, or any of its subsidiaries, directors, officers,

agents, or employees, are a named party shall be REASSIGNED to Magistrate Judge Debra C. Poplin, unless otherwise ordered by the Court;

3. All other pending cases assigned to Magistrate Judge H. Bruce Guyton, including those referred pursuant to 28 U.S.C. § 636(c), are REASSIGNED to Magistrate Judge Jill E. McCook, unless otherwise ordered by the Court; and

4. All closed cases assigned to Magistrate Judge H. Bruce Guyton in which any motion or other paper is filed that requires action from the Court are REASSIGNED to Magistrate Judge Jill E. McCook, unless otherwise ordered by the Court.

**SO ORDERED.**

/s/ Travis R. McDonough
TRAVIS R. MCDONOUGH
**CHIEF UNITED STATES DISTRICT JUDGE**