United States District Court
Eastern District of Tennessee
Exhibits Log: 3:21-cr-00122-KAC-JEM-1
US v Andrew Stephen Couch, 4/13/2023

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| Gov-1   | Emails re Couch calculations |
| Def-1   | Preliminary guideline calculations |